UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 0:22-cv-60048-WPD

DENISE PAYNE,

    Plaintiff,
v.

MARKETPLACE AT TAMARAC, LLC,
et al.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, and Defendant, ALTERNATIVE HOME HEALTH CARE OF BROWARD COUNTY, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this February 18, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Henry H. Bolz, IV* |
| ANTHONY J. PEREZ, ESQ. | HENRY H. BOLZ, IV, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 043350 |
| GARCIA-MENOCAL & PEREZ, P.L. | POLSINELLI PC |
| 4937 S.W. 74th Court | 315 South Biscayne Blvd., Suite 400 |
| Miami, FL 33155 | Miami, Florida 33131 |
| Telephone: (305) 553- 3464 | Tel.: 305-921-1811 |
| Email: ajperez@lawgmp.com | Email: hbolz@polsinelli.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Alternative Home Health Care of Broward County, Inc* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 18, 2022.

          Respectfully submitted,

          **GARCIA-MENOCAL & PEREZ, P.L.**
          *Attorneys for Plaintiff*
          4937 S.W. 74th Court
          Miami, FL 33155
          Telephone: (305) 553-3464
          Facsimile: (305) 553-3031
          Primary E-Mail: ajperez@lawgmp.com
          Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

          By: */s/ Anthony J. Perez*
               ANTHONY J. PEREZ