**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case Number: 0:22-cv-60048-WPD

DENISE PAYNE,

      Plaintiff,
v.

MARKETPLACE AT TAMARAC, LLC.,
FORT LAUDERDALE CHOW TIME GRILL
& BUFFET, INC., and ALTERNATIVE HOME
HELATH CARE OF BROWARD COUNTY, INC.,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, and Defendant, FORT LAUDERDALE CHOW TIME GRILL & BUFFET, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this March 14, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> Florida Bar No.: 535451 <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 4937 S.W. 74th Court <br> Miami, FL 33155 <br> Telephone: (305) 553- 3464 <br> Email: ajperez@lawgmp.com <br> *Counsel for Plaintiff* | /s/ *Edwin Cruz* <br> EDWIN CRUZ, ESQ. <br> Florida Bar No. 55579 <br> JACKSON LEWIS P.C. <br> One Biscayne Tower, Suite 3500 <br> Two South Biscayne Boulevard <br> Miami, Florida 33131 <br> Telephone: (305) 577-7604 <br> Email: edwin.cruz@jacksonlewis.com <br> *Counsel for Defendant Fort Lauderdale Chow Time Grill & Buffet, Inc* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 14, 2022.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

        By: /s/ *Anthony J. Perez*
              ANTHONY J. PEREZ